IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>     Plaintiff,<br><br>   v.<br><br>RENASANT BANK and CAMERAN R. BIRKHOLZ<br><br>     Defendants. | No. 3:17-cv-00210 |

## STIPULATION TO DISMISS

Plaintiff Massachusetts Mutual Life Insurance Company ("MassMutual") and Defendants Renasant Bank and Cameran R. Birkholz, by and through their undersigned counsel, hereby stipulate and agree that MassMutual's claims against Renasant Bank shall be dismissed with prejudice, and Renasant Bank shall be dismissed from this Action, with MassMutual and Renasant Bank bearing their respective costs and attorneys' fees.

| | |
|---|---|
| **LEWIS, THOMASON, KING, KRIEG & WALDROP, P.C.** | **EGERTON, MCAFEE, ARMISTEAD & DAVIS, PC** |
| By: */s/ Steve W. Vescovo* | By: */s/ Allison S. Jackson* |
| | Allison S. Jackson, BPR # 029230 |
| | Melissa B. Carrasco, BPR # 029094 |
| LEWIS, THOMASON, KING, KRIEG & WALDROP, P.C.<br>One Commerce Square, 29th Floor<br>40 South Main St.<br>Memphis, TN 38103<br>Telephone: (901) 525-8721 | EGERTON, McAFEE, ARMISTEAD & DAVIS, PC<br>900 S. Gay Street<br>14th Floor<br>Knoxville, TN 37902<br>Telephone: (865) 546-0500<br>Facsimile: (865) 525-5293 |
| Email: svescovo@lewisthomason.com | Email: ajackson@emlaw.com<br>    mbc@emlaw.com |
| *Counsel for Renasant Bank* | *Of Counsel* |

Katherine L. Villanueva (*pro hac vice*)
DRINKER BIDDLE & REATH LLP
One Logan Square, Ste. 2000
Philadelphia, PA 19103
Telephone: (215) 988-2700
Facsimile: (215) 988-2757
Email: katherine.villanueva@dbr.com

*Counsel for Massachusetts Mutual Life Insurance Company*

**INMAN & STADLER**

By: */s/ Michael C. Inman*

INMAN & STADLER
9111 Cross Park Drive, Ste. E-290
Knoxville, Ten 37923
Telephone: (865) 470-4770

Email: michael@inmanandstadler.com

*Counsel for Cameran R. Birkholz*

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

EGERTON, McAFEE, ARMISTEAD<br>
& DAVIS, P.C.<br>
<br>
By: /s/ Allison S. Jackson

1340042v1