## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | |
| Plaintiff/Counter-Defendant, | No. 3:17-cv-210 |
| v. | |
| CAMERAN R. BIRKHOLZ | |
| Defendant/Counter-Plaintiff, | |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), it is hereby STIPULATED and AGREED between the Plaintiff Massachusetts Mutual Life Insurance Company and Defendant Cameran R. Birkholz, through their undersigned counsel, that all claims and counterclaims asserted in the above-captioned matter are voluntarily dismissed with prejudice. The parties respectfully request that the Court enter an order in the form proposed herewith.

### [SIGNATURES ON NEXT PAGE]

Dated: July 1, 2018

Respectfully submitted,

/s/ *Michael Inman*

Michael Inman, Esq.
Inman & Stadler
9111 Cross Park Drive, Ste. E-290
Knoxville, TN 3792
Telephone: (865) 470-4770
E-mail: michael@inmanandstadler.com

*Attorneys for Defendant Cameran R. Birkholz*

/s/ *Allison S. Jackson*

Allison S. Jackson, BPR # 029230
Melissa B. Carrasco, BPR # 029094
EGERTON, MCAFEE, ARMISTEAD & DAVIS, P.C.
900 S. Gay Street
14th Floor
Knoxville, TN 37902
Telephone: (865) 546-0500
Facsimile: (865) 525-5293
E-mail: ajackson@emlaw.com
mbc@emlaw.com

/s/ *Katherine L. Villanueva*

Katherine L. Villanueva (*pro hac vice*)
Daniel B. Rotko (*pro hac vice*)
DRINKER BIDDLE & REATH LLP
One Logan Square, Ste. 2000
Philadelphia, PA 19103
Telephone: (215) 988-2700
Facsimile: (215) 988-2757
E-mail: katherine.villanueva@dbr.com
daniel.rotko@dbr.com

*Attorneys for Plaintiff Massachusetts Mutual Life Insurance Company*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this July 1, 2018, a copy of the foregoing was sent to

the following via electronic mail:

Michael Inman, Esq.
Inman & Stadler
9111 Cross Park Drive, Ste. E-290
Knoxville, TN 37923
Tel.: (865) 470-4770
michael@inmanandstadler.com

By: /s/ *Katherine L. Villanueva*